Gary G. Barsegian, Esq., SBN: 213861
LAW OFFICES OF GARY BARSEGIAN
2001 West Magnolia Blvd., Suite A
Burbank, CA 91506
Tel. (818)562-5053; Fax: (818)845-5646
Email: garybarsegianesq@yahoo.com

**FILED & ENTERED**

JUL 23 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust    DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>**CRAIG ALAN SHAW**<br><br>**MARIA CHARLENE SHAW,**<br><br>Debtors.<br><br><br>**CRAIG ALAN SHAW**<br><br>**MARIA CHARLENE SHAW**<br><br>Plaintiffs,<br><br>vs.<br><br>**REAL TIME RESOLUTIONS, INC.,**<br><br>Defendant | Case No.: 9:10-bk-10169-RR<br><br>Chapter 13<br><br>Adv. # 9:10-ap-01116-RR<br><br>**STIPULATED JUDGMENT**<br>**JUDGMENT**<br><br>**(No Hearing Required)** |

Plaintiffs and Debtors **Craig Alan Shaw and Maria Charlene Shaw** (the "Plaintiffs") filed their **Complaint by Debtors to: 1) Establish the Value of Debtors' Residence; 2) Determine the Amount Extent of the Second Deed of Trust: 3) Avoid and Remove the Second Deed of Trust** against Defendant **Real Time Resolutions, Inc.** (the "Defendant") initiating the above-

referenced adversary proceeding on April 30, 2010. The Plaintiffs and Defendant having stipulated to the entry of judgment with respect to the claim of the Defendant secured by the **second** deed of trust on the real property commonly known as **4321 Persimmon Street, Moorpark, CA 93021** (the "Property") pursuant to the **Stipulation Re: Avoidance of Lien** (the "Stipulation"), the Court having reviewed the Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED as follows:

1. Creditor's claim shall be allowed as a non-priority general unsecured claim pursuant to the provisions of the Plaintiffs' chapter 13 plan and any Court-approved modifications thereto (the "Plan"), such that the claim will be paid pro rata with other allowed unsecured non-priority claims;

2. The outstanding balance of Creditor's claim is approximately $61,473.15 as of the date of filing of the voluntary petition by Debtors;

3. The parties hereto will execute and deliver all appropriate and necessary documents to effectuate the provisions of this judgment, including but not limited to filing an Amended or original Proof of Claim as to this second lien and filing an Amended Chapter 13 Plan.

4. The avoidance of Creditor's Second Deed of Trust is contingent upon Plaintiffs' completion of their Chapter 13 plan and the Plaintiffs' receipt of a Chapter 13 discharge;

5. Upon Plaintiffs' receipt of Chapter 13 discharge and completion of their Chapter 13 Plan, Plaintiffs may record the Judgment, and corresponding order thereon, with the Ventura County Recorder's Office;

6. Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of Plaintiffs' Chapter 13 case or conversion of Plaintiffs' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

7. In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's Second Deed of Trust prior to the Plaintiffs' completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale: and

8. Each party shall bear their own attorney's fees and costs.

###

###

###

###

###

###

###

###

###

DATED: July 23, 2010

*Robin Riblet*
United States Bankruptcy Judge

| In re: **Craig Alan Shaw and Maria Charlene Shaw** | |
|---|---|
| • Debtors. | CHAPTER **13**<br>Adv. No.: **9:10-ap-01116-RR**<br>Case No.:**9:10-bk-10169-RR** |

**NOTE TO USERS OF THIS FORM**

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in the category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) (**PROPOSED] STIPULATED JUDGMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for the bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Gary G Barsegian                garybarsegianesq@yahoo.com
Elizabeth (ND) F Rojas          cacb_ecf_nd@ch13wla.com
United States Trustee (ND)      ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Agent for Creditor Countrywide Home Loans**
Real Time Resolutions, Inc.
Agent for Countrywide Home Loans
1750 Regal Row, Suite 120
Dallas, TX 75235

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below::

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 9021-1.1**

**SERVICE LIST**

**Debtor**
Craig Alan Shaw
4321 Persimmon Street
Moorpark, CA 93021

**Co-Debtor**
Maria Charlene Shaw
4321 Persimmon Street
Moorpark, CA 93021

**US Bankruptcy Court**
Hon. Robin L. Riblet
United States Bankruptcy Court
Central District of California
1415 State Street
Santa Barbara, CA 93101-2511

**United States Trustee (ND)**
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Chapter 13 Trustee**
**Elizabeth (ND) F Rojas**
Noble Professional Center
15060 Ventura Blvd. Suite 240
Sherman Oaks, CA 91403

**Agent for Creditor Countrywide Home Loans as per Proof of Claim filed**
Real Time Resolutions, Inc.
Agent for Countrywide Home Loans
1750 Regal Row, Suite 120
Dallas, TX 75235

| In re: **Craig Alan Shaw and Maria Charlene Shaw** | CHAPTER **13** |
|---|---|
| • Debtors. | Adv. No.: **9:10-ap-01116-RR**<br>Case No.:**9:10-bk-10169-RR** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
LAW OFFICES OF GARY BARSEGIAN
303 N. GLENOAKS BLVD., SUITE 205
BURBANK, CA 91502

The foregoing document described (**PROPOSED] STIPULATED JUDGMENT,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 07/19/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Gary G Barsegian garybarsegianesq@yahoo.com
Elizabeth (ND) F Rojas cacb_ecf_nd@ch13wla.com
United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 07/19/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/19/2010 | Jack Karapoghosyan | **/s/ Jack Karapoghosyan** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

6

**SERVICE LIST**

**Debtor**
Craig Alan Shaw
4321 Persimmon Street
Moorpark, CA 93021

**Co-Debtor**
Maria Charlene Shaw
4321 Persimmon Street
Moorpark, CA 93021

**US Bankruptcy Court**
Hon. Robin L. Riblet
United States Bankruptcy Court
Central District of California
1415 State Street
Santa Barbara, CA 93101-2511

**United States Trustee (ND)**
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Chapter 13 Trustee**
**Elizabeth (ND) F Rojas**
Noble Professional Center
15060 Ventura Blvd. Suite 240
Sherman Oaks, CA 91403

**Agent for Creditor Countrywide Home Loans as per Proof of Claim filed**
Real Time Resolutions, Inc.
Agent for Countrywide Home Loans
1750 Regal Row, Suite 120
Dallas, TX 75235